# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MATTHEW THOMAS,**
        **Plaintiff,**

**-vs-**                                                 **Case No. 6:06-cv-230-Orl-18DAB**

**SUN STATE TREES & PROPERTY**
**MAINTENANCE, INC.,**
**RANDALL A. NELLIS,**
        **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **JOINT MOTION FOR ENTRY OF FINAL JUDGMENT AS TO PLAINTIFF'S ATTORNEY'S FEES AND COSTS (Doc. No. 18)**
>
> **FILED:** June 30, 2006
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

Following the filing of an Acceptance of Offer of Judgment (Doc. No. 15), the Court found the Offer fair and reasonable, and entered judgment for Plaintiff in this Fair Labor Standards Act case, consistent with the Offer (Doc. Nos. 16, 17). In its Order, the Court noted that a motion for attorney's fees and a bill of costs may be timely filed. The instant motion, seeking a stipulated amount of $3,500.00 in attorney's fees and costs, followed.

Although the Court's Order allowed for the filing of a motion for fees "supported by evidence," and the instant motion does not include an evidentiary basis (or, indeed, even an itemization of the amount claimed), it is the recommendation of this Court that the joint motion be **granted,** as the total amount claimed, in the experience of this Court, is fair and reasonable, and consistent with the usual award for these cases.

It is therefore **respectfully recommended** that the motion be **granted,** and that judgment for attorney's fees and costs be entered in the total amount of $3,500.00.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on July 11, 2006.

*David A. Baker*

    DAVID A. BAKER
    UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy