UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MATTHEW THOMAS,
        Plaintiff,

-vs-                                      Case No. 6:06-cv-230-Orl-18DAB

SUN STATE TREES & PROPERTY
MAINTENANCE, INC.,
RANDALL A. NELLIS,
        Defendants.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on plaintiff's Joint Motion for Entry of Final Judgment as to Plaintiff's Attorney's Fees and Costs (Doc. No. 18). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Clerk of the Court is directed to enter judgment for attorney's fees and costs in the total amount of $3,500.00.

It is **SO ORDERED** in Orlando, Florida, this _28_ day of July, 2006.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record